# EXHIBIT 1





## Order Details

🖨 **Print**



# Receipt

---

**Purchase Date:** Jun 05, 2025 | **Order Number:** BBY01-807062857535 | **Total:** $811.86 | **Payment Details** ⌄



Sign in or create an account to add this order to your purchase history.

---

### Store Pickup

---

**Preparing for Pickup on Tuesday**

We'll notify you when it's ready.

**Store Pickup**
PLANO TX

**Pickup Person**
Chad Henson

---

**OnePlus - 12 512GB (Unlocked) - Flowy Emerald**



| | |
|---|---|
| **Model:** CPH2583 | **Item Total:** $811.86 |
| **SKU:** 6570639 | Product Price: $749.99 |
| **Quantity:** 1 | Sales Tax, Fees & Surcharges: $61.87 |

**Make Pickup Changes**

**Ship it Instead**

[ Cancel & Support Options ]

There's still time to protect your product

What's Included  |  Terms & Conditions
(29 reviews)

**Accidental Geek Squad Protection**

| Monthly $9.99/mo. | 2 Year $179.99 |

**Add 2 Year Protection**

---

❓ **Best Buy Support**

Browse our Support Center for answers to frequently asked questions.

Get help ›