# **EXHIBIT 2**

| ONEPLUS | Store | Phone | Tablet | Wearables | Audio | More Products | OneTopia | Co |

# A Feature We're Thankful For: In-Display Fingerprint Sensor

Product    2020-11-23        Share On



In a year full of uncertainty and change, one alteration seems to be affecting consumers more than expected. Wearing a face mask – as you should – doesn't play well with face unlock, so many users are having to settle with the old pin method to unlock their phones. Luckily, that isn't the case with OnePlus owners. Following the burdenless approach to product design, our smartphones are tailored to adapt to your lifestyle and provide alternatives during these unforeseen moments. With the ensuing pandemic and Thanksgiving around the block, we're reminded to be thankful for our family, turkey and the in-display fingerprint sensor.

### Facing the dilemma

Face unlock has become a go-to when it comes to biometric authentication – offering users convenience and security. The standard facial recognition algorithm requires the visibility of your eyes, nose and mouth. Two of those are hidden when a face mask is worn. That's not to say that a face mask shouldn't be worn when you're out and about – your health and safety should be a priority. But with the pandemic pursuing, face unlock – the only biometric authentication that some brands offer – is slowly become a shortcoming that users experience daily.



### Your home screen, a tap away

Whether you own the latest OnePlus 8T, OnePlus 8 Pro or the OnePlus 7T, you'll be happy to find multiple ways of unlocking your smartphone including an in-display fingerprint sensor. OnePlus first introduced the in-display fingerprint sensor back in 2018 with the launch of the OnePlus 6T. It was the first smartphone to offer the feature in North America and we've been refining the speed and accuracy of it since. Besides being one of the fastest in the industry with a near 0.2 second response rate, our in-display fingerprint sensor acts as a reliable and convenient touchpoint for OnePlus users to unlock their smartphone and experience the best of OxygenOS.

In the case of the pandemic, having an in-display fingerprint sensor means you can easily

access your favorite apps and games even with a face mask on. Through an intricate combination of hardware and software, our smartphones omit a ray of light that scans your fingerprint and unlocks seamlessly. That means you'll be able to unlock your device in broad daylight and the darkest nights. For added flexibility, you can register up to four fingerprint profiles, so you won't have to fumble around with one pathway. Finally, switch things up with a variety of.

## A burdenless Thanksgiving

At OnePlus, we want our users to have a burdenless smartphone experience. No matter the obstacle, our products offer alternatives and a slew of features that will help you adapt and conquer. So, when you're traveling and spending Thanksgiving with your family and friends, you won't have to settle with tapping in a pin code to unlock your phone – the in-display fingerprint sensor will be at your convenience, a tap away.

