# EXHIBIT 3





EXCLUSIVE

Tech > Mobile

# OnePlus 6T will have an in-screen fingerprint sensor, OnePlus confirms

Amid the rumors swirling around its next flagship, OnePlus confirms that its OnePlus 6T will have a fingerprint reader in the display.

Lynn La
Sept. 10, 2018  9:35 a.m. PT

3 min read

> The OnePlus 6T has been officially announced and here's our review.

The upcoming OnePlus 6T will feature an in-display fingerprint reader, the company confirmed to CNET. This will make it not only the first OnePlus phone with the technology, but also the first phone to have it that is widely available in the US too.

Currently, the feature is available on a few Vivo phones (the Vivo V11, X20 Plus UD, X21 and Nex) and the Porsche Design Huawei Mate RS. OnePlus brands its fingerprint-on-display (or FOD) feature as Screen Unlock, and it streamlines the unlocking process and saves users the extra step of picking up their phones to



Preview: We Got Early Access to New Android 16 Features

Click to unmute

3:13 | 6:25

Preview: We Got Early Access
to New Android 16 Features

3:13 | 6:25

**Preview: We Got Early Access
to New Android 16 Features**





"We unlock our phones multiple times a day, and Screen Unlock reduces the number of steps to complete the action," said OnePlus in an email to CNET. "By adding this feature as an addition to other display unlocking options such as Face Unlock, users will have options to unlock the display in a way that is most efficient for them."

Alleged leaked images of the OnePlus 6T's box first hinted that the phone would have the in-screen fingerprint sensor. In addition to officially confirming the feature, OnePlus said that it originally intended to introduce the technology on the OnePlus 5T. However, because "the technology wasn't mature enough to meet [OnePlus'] standards for delivering a fast and smooth user experience," it was delayed until the OnePlus 6T.

Preview: We Got Early Access to New Android 16 Features

3:13 | 6:25

A screenshot of theOnePlus 6T lockscreen featuring the in-display fingerprint reader, as confirmed by OnePlus. OnePlus

Advertisement

Preview: We Got Early Access to New Android 16 Features

Despite being known as "in-screen fingerprint readers" the technology is actually embedded underneath displays. When you touch the designated area of the screen with your fingers, a sensor array turns on the display to light your

finger. Your fingerprint is then read by an optical image sensor and an AI processor. If the print matches, the screen unlocks.

Because of the feature, the OnePlus 6T's design is slightly tweaked compared to its OnePlus 6 predecessor. The 6T is slightly thicker by 0.45mm, the internal hardware had to be rearranged, and now that the back of the phone doesn't have a sensor, it has a more unibody look, according to OnePlus.

Along with Vivo, Huawei and OnePlus, more phone companies are expected to jump on this FOD bandwagon. An April report from financial services firm IHS Markit estimated that by 2019, 100 million phones will carry this technology.

Other than the fingerprint reader, we also know that the OnePlus 6T will be available on T-Mobile, which is the company's first US carrier deal. Other rumors, however, speculate that the phone will also include triple rear-cameras and a $550 US price tag. The company is expected to launch the phone some time in October, so it won't be long until we know more. Until then, at least having an in-display fingerprint sensor is one thing we can check off on our OnePlus 6T wishlist.

**Editors' Note**: This piece was originally published on Sept. 10, 2018 at 3:00 a.m. PST and has been updated.

**OnePlus 6 shines in sleek and satiny red**



Preview: We Got Early Access to New Android 16 Features



+8 More



See all photos →
3:13 | 6:25

Fight the Power: Take a look at who's transforming the way we think about energy.

'Hello, humans': Google's Duplex could make Assistant the most lifelike AI yet.

## Mobile Guides

Phones

Foldable Phones

Headphones

Mobile Accessories

Smartwatches

Wireless Plans



YOUR GUIDE TO A BETTER FUTURE

Preview: We Got Early Access to New Android 16 Features

Deals                    About CNET              Your Privacy Rights

Reviews                  Press Room              Privacy Policy



3:13 | 6:25

Best Products

Gift Guide

Coupons

Videos

Software Downloads

Newsletters

Licensing

Sitemap

Careers

Accessibility

Terms of Use

Do Not Sell or Share My Personal Information

US    France    Germany    Japan    Korea

© 2025 CNET, a Ziff Davis company. All rights reserved.

Preview: We Got Early Access to New Android 16 Features