# **EXHIBIT 4**



ONEPLUS  Phone   Audio   Wearables   About   Community   Support

OnePlus 6T   McLaren   Overview   Tech Specs   Buy now

McLaren   Overview   Tech Specs

# Tech Specs

Optic AMOLED
6.41 inch Display

Snapdragon 845
Qualcomm®

16 + 20 MP
Dual Camera

Up to 10 GB RAM
256 GB Storage

# Basic parameters

**Dimensions**

157.5 x 74.8 x 8.2 mm

**Weight**

6.5 ounces (185 g)

**Material**

Glass

**Colors**

Mirror Black / Midnight Black

**RAM**

6 GB / 8 GB / 10 GB LPDDR4X

**Storage**

128 GB / 256 GB UFS 2.1 2-LANE

**Sensors**

In-display Fingerprint Sensor, Hall, Accelerometer, Gyroscope, Proximity, RGB Ambient Light

Operating System

OxygenOS based on Android™ Pie

CPU

Qualcomm® Snapdragon™ 845 (Octa-core, 10nm, up to 2.8 GHz), within AIE

GPU

Adreno 630

Vibration

Haptic vibration motor

Sensor, Electronic Compass, Sensor Core

Ports

USB 2.0, Type-C, Support standard USB
Type-C Earphone, Dual Nano SIM Slot

Battery

3700 mAh (non-removable) Fast Charging (5V 4A)

Buttons

Gestures and on-screen navigation support Alert Slider

Audio

Bottom-facing speaker
Noise cancellation support
Dirac HD Sound®
Dirac Power Sound®

Unlock Options

In-display Fingerprint Sensor
Face Unlock

# Connectivity

LTE/LTE-A

DL 5CA/256QAM, UL CA/64QAM, 4x4 MIMO Supports up to DL CAT16/ UL CAT13 (1Gbps/150 Mbps) depending on carrier support

Bands

FDD LTE: Band 1/2/3/4/5/7/8/12/13/17/18/19/20/25/26/28/29/30/32/66/71
TDD LTE: Band 34/38/39/40/41/46
TD-SCDMA: Band 34/39
UMTS(WCDMA): Band 1/2/4/5/8/9/19
CDMA: BC0/BC1
GSM: 850/900/1800/1900 MHz

▸ Check carrier compatibility

Wi-Fi

Display

6.41 inches (The corners of the screen are within a standard rectangle. Measured diagonally, the screen size is 6.41 inches in the full rectangle and 6.24 inches accounting for the rounded corners)

Resolution

2340 x 1080 pixels 402 ppi

Aspect Ratio

19.5:9

Type

Optic AMOLED (Support sRGB, DCI-P3)

Cover Glass

2.5D Corning® Gorilla® Glass 6

Features

2x2 MIMO, Wi-Fi 802.11 a/b/g/n/ac, 2.4G/5G

Bluetooth

Bluetooth 5.0, support aptX and aptX HD

NFC

NFC enabled

Positioning

GPS, GLONASS, BeiDou, Galileo

Adaptive Mode
Reading Mode
Night Mode
Lift Up Display

# Camera

Rear Camera - Main

Sensor: Sony IMX 519
Megapixels: 16
Pixel Size: 1.22 μm
OIS: Yes
EIS: Yes
Autofocus: PDAF
Aperture: f/1.7

Flash

Dual LED Flash

Video

4K resolution video at 30/60 fps
1080P resolution video at 30/60 fps
720P resolution video at 30 fps

Rear Camera - Secondary

Sensor: Sony IMX 376K

Megapixels: 20

Pixel Size: 1.0 μm

Autofocus: PDAF

Aperture: f/1.7

Super Slow Motion

1080p video at 240 fps

720p video at 480 fps

Features

AI Scene Detection, Portrait Mode, Pro Mode, Night Mode, Panorama, Time-Lapse, HDR, HQ, Studio Lighting, RAW Image

# Front Camera

Front Camera

Sensor: Sony IMX 371

Megapixels: 16

Pixel Size: 1.0 μm

EIS: Yes

Autofocus: Fixed Focus

Aperture: f/2.0

Video

1080P resolution video at 30 fps

720P resolution video at 30 fps

Features

Portrait Mode, HDR, Screen Flash, Studio Lighting, Smile Capture, Face Retouching

## Multimedia

Audio Supported Formats

MP3, AAC, AAC+, WMA, AMR-NB, AMR-WB, WAV, FLAC, APE, OGG, MID, M4A, IMY
Recording: WAV, AAC, AMR

Video Supported Formats

Playback: MKV, MOV, MP4, H.265(HEVC), AVI, WMV, TS, 3GP, FLV, WEBM
Recording: MP4

Image Supported Formats

Playback: JPEG, PNG, BMP, GIF
Output: JPEG, PNG

## In the box

1x OnePlus 6T
1x Screen Protector (pre-applied)
1x Case
1x OnePlus Fast Charge Type-C Cable
1x OnePlus Fast Charge Power Adapter
1x SIM Tray Ejector
1x Welcome Letter
1x Quick Start Guide / Poster
1x Safety Information
1x Type-C to 3.5 mm Headphone Jack Adapter

Home        OnePlus 6T        Tech Specs

{{item.title}}

{{product.name}}

Get Support From OnePlus

Global (English)

Privacy Policy
User Agreement
Security Feedback
© 2013 - 2024 OnePlus. All Rights Reserved.

Global (English)

Privacy Policy
User Agreement
Security Feedback
© 2013 - 2024 OnePlus. All Rights Reserved.

WhatsApp
Live Chat
Email Us
onepluscare@oneplus.com