# EXHIBIT 5

You are visiting Other Regions (English/USD) site    Switch to United States (English/USD)

ONEPLUS    Phone    Audio    Tablet    Wearables    About    Community    Support

OnePlus 12    Overview    Specs

# OnePlus 12



Flowy Emerald



## Dimensions

Height: 164.3 mm  
Width: 75.8 mm  
Thickness: 9.15 mm  
Weight: 220 g

## Display

### Parameters

Size: 6.82 inches (measured diagonally from corner to corner)  
Resolution: 3168*1440 (QHD+), 510 ppi  
Aspect Ratio: 19.8:9  
HBM / Peak Brightness: 1600 / 4500 nits  
Refresh Rate: 1-120 Hz dynamic  
Type: 120Hz ProXDR Display with LTPO  
Support 100% Display P3, 10-bit Color Depth  
Cover Glass: Corning® Gorilla® Glass Victus 2

### Features

Nature tone display  
Eye comfort  
Bedtime mode  
Image sharpener  
Video color enhancer  
Screen color mode  
Color personalization  
Color vision enhancement  
Auto brightness  
Manual brightness  
Screen Color Temperature



Screen Color Temperature
Bright HDR video mode
Night mode
Multi-brightness color calibration

## Performance

Operating System: OxygenOS 14.0 based on Android™ 14
Platform: Snapdragon® 8 Gen 3 Mobile Platform
CPU: Qualcomm® Kryo™ CPU
GPU: Adreno™ 750
RAM: 12GB/16GB LPDDR5X
Storage: 256GB/512GB UFS 4.0
Battery: 5,400 mAh (Dual-cell 2,700 mAh, non-removable)
Vibration: Haptic motor
Available configurations: 12GB+256GB / 16GB+512GB

## Charge

100W SUPERVOOC™
50W AIRVOOC



# Camera

### Wide Camera

Sensor: Sony's LYT-808
Sensor Size: 1/1.4"
Megapixels: 50
Pixel Size: 1.12 μm
Lens Quantity: 7P
ALC lens coating
Optical Image Stabilization: Yes
Electronic Image Stabilization: Yes
Focal Length: 23mm equivalent
Aperture: ƒ/1.6
Field of View: 85°
Autofocus: Yes

### Periscope Telephoto Camera

Sensor: OmniVision OV64B with 3X optical zoom, 6X in-sensor zoom
Sensor Size: 1/2"
Megapixels: 64
Pixel Size: 0.7 μm
Lens Quantity: 4P
ALC lens coating
Optical Image Stabilization: Yes
Electronic Image Stabilization: Yes
Focal Length: 70 mm equivalent (3X), 140 mm equivalent (6X)
Aperture: ƒ/2.6
Field of View: 33°
Autofocus: Yes
Ultra Res (digital) Zoom: Up to 120X

### Ultra-wide Camera

Sensor: Sony IMX581
Sensor Size: 1/2"
Megapixels: 48
Pixel Size: 0.8 μm
Lens Quantity: 6P
Electronic Image Stabilization: Yes
Focal Length: 14 mm equivalent



Focal Length: 14 mm equivalent
Aperture: ƒ/2.2
Field of View: 114°
Autofocus: Yes
Macro: 3.5 cm

## Flash

LED

## Autofocus

Multi Autofocus for main camera (All pixel omni-directional PDAF+CAF)

## Video

8K video at 24 fps
4K video at 30/60 fps
1080p video at 30/60 fps
720p video at 30/60 fps
Dolby Vision® HDR
Ultra Steady video at 1080p, 60 fps
Pro Mode at 4K, 30 fps
Slo-mo video at 1080p, 240 fps; 720p, 240/480 fps
Time-lapse at 4K, 30 fps; 1080p, 30 fps
Digital Zoom: Up to 18X
Dual-view video at 1080p, 30 fps
Video Editor

## Features

Hasselblad Camera for Mobile, Nightscape, Dolby Vision®, Smart Scene Recognition, Portrait Mode, Master Mode, Panorama, Tilt-Shift mode, Long Exposure, Dual-View Video, Retouch, Movie Mode, XPan Mode, Focus Peaking, Raw file, Raw Plus file, Filters, Super Stable, Video Nightscape, Video HDR, Focus Lock, Time-lapse, Google Lens

## Front Camera

Sensor: Sony IMX615

Megapixels: 32

Sensor Size: 1/2.74"

Lens Quantity: 5P

Pixel Size: 0.8 μm

Electronic Image Stabilization: Yes

Focal Length: 21 mm equivalent

Autofocus: Fixed Focus

Aperture: ƒ/2.4

Field of View: 90°

## Video

1080p video at 30 fps (default)
4K video at 30 fps
720p video at 30 fps

## Features

Face Unlock, Nightscape Selfie, Selfie HDR, Time-lapse, Dual-View Video, Screen Flash

# Connectivity

### eSIM

*Feature availability may vary due to compatibility with local carriers.



### LTE/LTE-A

4×4 MIMO, Supports up to DL Cat 20/UL Cat 18 (2000Mbps /200Mbps), depending on carrier support

### Band

GSM: 850/900/1800/1900MHz
WCDMA: Bands 1/2/4/5/6/8/19
LTE FDD: Bands 1/2/3/4/5/7/8/12/13/17/18/19/20/25/26/28A/28B/30/32/66/71/
LTE TDD: Bands 38/39/40/41/48
5G NR: n1/n2/n3/n5/n7/n8/n12/n20/n25/n28A/n28B/n30/n38/n40/n41/n66/n71/n77/n78

### Wi-Fi

2×2 MIMO, Support 2.4G/5G/5.8G, Wi-Fi 6E, Wi-Fi 7, Support WiFi 802.11 a/b/g/n/ac/ac wave 2/ax/be, 8 Spatial-stream sounding MU-MIMO

### Bluetooth®

Bluetooth® 5.4
Codex supported: aptX HD, aptX, LDAC, LHDC, AAC, SBC

### NFC

NFC enabled

### Positioning

GPS (L1+L5 Dual Band), GLONASS, Galileo (E1+E5a Dual Band), Beidou, A-GPS, QZSS, NavIC



### Sensors

In-display Fingerprint Sensor



| | |
|---|---|
| Sensors | Accelerometer<br>M-sensor Electronic Compass<br>Gyroscope<br>Ambient Light Sensor<br>Proximity Sensor<br>Sensor Core<br>Flick-detect Sensor<br>Infrared Sensor<br>13-channel Accu-spectrum Light-color Identifier |
| Ports | USB 3.2 Gen 1<br>Type-C<br>Support standard Type-C earphones<br>Dual nano-SIM slot |
| Buttons | Gestures and on-screen navigation support<br>Alert Slider |



## Audio

Dolby Atmos®
Noise cancellation support

## Multimedia

### HDR Supported

Dolby Vision®, HDR10, HDR10+, +HLG, HDRViVid

### Audio Supported Formats

Playback: MP3, AAC, AAC+, WMA, AMR-NB, AMR-WB, WAV, FLAC, APE, OGG, MID, M4A, IMY, AC3, EAC3, EAC3-JOC, AC4
Recording: Wav, AAC. AMR

### Video Supported Formats

Playback: MKV, MOV, MP4, H.265 (HEVC), AVI, WMV, TS, 3GP, ASF, FLV, WEBM
Recording: MP4

### Image Supported Formats

Playback: JPEG, PNG, BMP, GIF, WEB, HEIF, HEIC, DNG
Output: HEIF, JPEG, DNG (RAW)



## In The Box

OnePlus 12
Type-A to C Cable
Quick Start Guide
Welcome Letter
Safety Information and Warranty Card
Logo sticker
SIM Tray Ejector

## Note

1. Relevant product parameter descriptions have been addressed on the corresponding pages and will not be repeated here. For details, please refer to the specific instructions on each page.
2. Due to the mobile phone system file occupying space (including Android system and pre-installed apps), the available memory capacity is less than this value. Storage capacity will vary based on software version and may vary from device to device.
3. Photo pixels of different camera modes may vary, please refer to the actual situation. Video pixels of different shooting modes may also vary, please refer to the actual situation.
4. The battery of the OnePlus 12 adopts a serial dual-cell design, with a typical capacity of 2700mAh (7.82V), equivalent to 5400mAh (3.91V); typical energy: 21.12Wh. The rated capacity is 2630mAh (7.82V), equivalent to 5260mAh (3.91V); rated energy: 20.57Wh. The data is based on the OnePlus Test Laboratory calculation, and due to different individual usage habits, machine aging and other factors, the experience may vary, please refer to the actual experience.
5. Product pictures and content on the page are for illustrative purposes only. The actual results (including but not limited to appearance, color, size) and the screen display content (including but not limited to background, UI, and picture) may vary;
6. Numbers are theoretical, obtained under a controlled test environment (see each specific description) and provided by the supplier or the OnePlus laboratory. Actual performance may vary due to individual product

differences, software versions, use conditions and environmental factors. Please refer to the actual experience.

7. Due to the real-time changes in product batches and supply factors, in order to provide accurate information on product information, specifications, and product characteristics, OnePlus may adjust and revise the text descriptions, picture effects, and other content on the above pages in real time to match the reality of the product performance, specifications, index, parts and other information; in the event that page modifications and adjustments are necessary, no special notice will be given.

8. The operating system information is for reference only, subject to the actual product. If updated, no further notice will be given.

Home    OnePlus 12 Specs

| Phones | IoT Products | Tablet | Support | Company |
|---|---|---|---|---|
| OnePlus Open | OnePlus Watch 2R | OnePlus Pad 2 | User Manuals | About OnePlus |
| OnePlus 12 | OnePlus Watch 2 | | Software Upgrade | Community |
| OnePlus 12R | OnePlus Nord Buds 3 | | Contact Us | OxygenOS |
| OnePlus 11 5G | OnePlus Buds Pro 3 | | Online Safety Act | Careers |
| OnePlus Nord 4 | OnePlus Nord Buds 3 Pro | | HeyTap | Sustainability |
| OnePlus Nord CE4 Lite 5G | OnePlus Buds 3 | | | Press |
| OnePlus Nord 3 5G | OnePlus Nord Buds 2 | | | Blog |
| OnePlus Nord N30 SE 5G | OnePlus Buds Pro 2 | | | |
| OnePlus Nord CE 3 Lite 5G | | | | |
| OnePlus Nord N20 SE | | | | |



OnePlus 10T 5G

OnePlus 10 Pro 5G

  

Privacy Policy    User Agreement    Terms of Sales    Security Feedback    Other Regions (English)

© 2013 - 2024 OnePlus. All Rights Reserved.

