# EXHIBIT 7

# EXHIBIT 7

You are visiting Other Regions (English/USD) site    Switch to United States (English/USD)

ONEPLUS | Phone | Audio | Tablet | Wearables | About | Community | Support

OnePlus Nord 3 5G                                                    Overview    Specs

# OnePlus Nord 3 5G





Misty Green



| | |
|---|---|
| **Colorways** | Tempest Gray<br>Misty Green |
| **Dimensions** | Height: 162.6mm<br>Width: 75.1mm<br>Thickness: 8.1mm<br>Weight: 193.5g |
| **Display** | **Parameters**<br><br>Size: 17.12 centimeters (6.74 inches)<br>Resolution: 2772 x 1240 pixels, 450 ppi<br>Screen-to-body Ratio: 93.5%<br>Aspect Ratio: 20.1:9<br>Refresh Rate: 40-120 Hz dynamic<br>Type: 120 Hz Super Fluid AMOLED<br>Touch Response Rate: Up to 1000 Hz<br>Support sRGB, Display P3, 10-bit Color Depth, HDR10+<br><br>**Features** |



Eye comfort
Image sharpener
Video color enhancer
Screen color mode
Auto brightness
Manual brightness
Screen color temperature
Bright HDR video mode
Dark Mode
Screen color pro mode

## Performance

Operating System: OxygenOS 13.1 based on Android™ 13
CPU: MediaTek Dimensity 9000
GPU: Arm® Mali G710 MC10
RAM: 8GB/16GB LPDDR5X
Storage: 128GB/256GB UFS 3.1
Available configurations: 8GB+128GB / 16GB+256GB
Vibration: Haptic motor

## Battery

Battery: 5000mAh (Dual-cell 2,500 mAh, non-removable)
80W SUPERVOOC



# Camera

### Main Camera

Sensor: Sony IMX890
Sensor Size: 1/1.56"
Megapixels: 50
Focal Length: 24mm equivalent
Lens Quantity: 6P
Autofocus: PDAF
Pixel Size: 1.0 μm
Aperture: ƒ/1.8
EIS support
OIS support

### Ultra-Wide Camera

Megapixels: 8
Ultra-wide Angle: 112°
Autofocus: Fixed Focus
Pixel Size: 1.12 μm
Aperture: ƒ/2.2

### Macro Lens

Megapixels: 2
Effective Shooting Distance: 4cm

### Flash

LED Flash

### Zoom

0.6x - 20x



## Autofocus

Multi Autofocus (All pixel omni-directional PDAF+CAF)

## Video

4K video at 30/60 fps
1080p video at 30/60 fps
720p video at 30/60 fps
Super Slow Motion: 1080p video at 120 fps, 720p video at 240 fps
Ultra Steady Mode: 1080p video at 60 fps
Time-Lapse: 1080p video at 30 fps
Video Editor

## Features

AI Scene Enhancement, AI Hightlight Video, Movie Mode, Ultra Steady Mode, Dual-view Video, HDR, Nightscape, Portrait Mode, Video Portrait, Pano, Macro, Slo-mo, Time-lapse, Text-scanner, Retouching, Filters

## Front Camera

Megapixels: 16
Focal Length: 24mm equivalent
Pixel Size: 1.0 μm
Aperture: ƒ/2.4
Autofocus: Fixed Focus
EIS support

## Video

1080p video at 30 fps; 720p video at 30 fps
Steady Mode: 1080p video at 30 fps, 720p video at 30 fps



## Features

Face Unlock, Screen Flash, HDR, Nightscape, Portrait mode, Pano, Steady mode, Time-lapse, Retouching, Filters

# Connectivity

### Dual SIM

Yes (Dual nano-SIM slot)

### LTE/LTE-A

4×4 MIMO, Supports up to UL Cat 18(200Mbps)/DL Cat 19 (1600Mbps), depending on carrier support

### Band

GSM: 850/900/1800/1900MHz
WCDMA: B1/2/4/5/6/8/19
FDD-LTE: B1/2/3/4/5/7/8/12/17/18/19/20/25/26/28/66/32
TDD-LTE: B38/39/40/41
5G SA: n77/78/38/40/41/1/2/3/5/7/8/12/20/25/28 BlockA&BlockB/66
5G NSA: n77/78//38/40/41/1/3/5/7/8/20/28 BlockA&BlockB/66
*Network connectivity may vary depending on carrier's network and related service deployment.

### Wi-Fi

2×2 MIMO, Support 2.4G/5.1G/5.8G, Support Wi-Fi 6(802.11ax), Wi-Fi 5(802.11ac), 802.11a/b/g/n/

### Bluetooth



Bluetooth 5.3, support aptX & aptX HD & LDAC & AAC & SBC

### NFC

NFC enabled

**Positioning**

GPS, BDS, GLONASS, GALILEO, QZSS

# Sensors

In-display Fingerprint Sensor
Accelerometer
Electronic Compass
Gyroscope
Ambient Light Sensor
Proximity Sensor
Sensor Core
Rear Color Temperature Sensor
Infrared Blaster

# Ports

USB 2.0, Type-C
Support standard Type-C earphone
Dual nano-SIM slot



| | |
|---|---|
| **Buttons** | Gestures and on-screen navigation support
Left: Volume key
Right: Power key
Alert Slider |
| **Audio** | Dual Stereo Speakers
Noise cancellation support
Dolby Atmos® |
| **Multimedia** | **Audio Supported Formats**

Playback: AAC, AMR, MIDI, MP3, OGG, WAV, FLAC, APE, WMA, OPUS
Recoding: MP3, AAC, WAV

**Video Supported Formats**

Playback: 3GP, MP4, MKV, WEBM, AVI, TS, M2TS, FLV, ASF, WMV
Recoding: MP4

**Image Supported Formats**

Playback: JPEG, PNG, WEBP, GIF, BMP, WBMP, HEIF |

Output: JPEG, DNG, HEIF

## In The Box

OnePlus Nord 3 5G
80W SUPERVOOC Power Adapter
Type-C Cable (supports USB 2.0)
Screen protector (pre-applied)
SIM tray ejector
Welcome letter
Quick guide
Safety guide

## Note

1. Relevant product parameter descriptions have been addressed on the corresponding pages and will not be repeated here. For details, please refer to the specific instructions on each page.
2. The weight of the phone is 193.5 g, and the weight of the screen protector may add an additional 3g. The size and weight of the mobile phone may vary according to configuration, manufacturing process and measurement method.
3. Due to the mobile phone system file occupying space (including Android system and pre-installed apps), the available memory capacity is less than this value. Storage capacity will vary based on software version and may vary from device to device.
4. Photo pixels of different camera modes may vary, please refer to the actual situation. Video pixels of different shooting modes may also vary, please refer to the actual situation.
5. The typical battery capacity is 5000mAh and actual performance may vary. The battery is not removable.

6. Product pictures and content on the page are for illustrative purposes only. The actual results (including but not limited to appearance, color, size) and the screen display content (including but not limited to background, UI, and picture) may vary;

7. At least three generations of android OS upgrades and four years of security updates from the launch date.

8. Numbers are theoretical, obtained under a controlled test environment (see each specific description) and provided by the supplier or the OnePlus laboratory. Actual performance may vary due to individual product differences, software versions, use conditions and environmental factors. Please refer to the actual experience.

9. Due to the real-time changes in product batches and supply factors, in order to provide accurate information on product information, specifications, and product characteristics, OnePlus may adjust and revise the text descriptions, picture effects, and other content on the above pages in real time to match the reality of the product performance, specifications, index, parts and other information; in the event that page modifications and adjustments are necessary, no special notice will be given.

Home     OnePlus Nord 3 5G Specs

| Phones | IoT Products | Tablet | Support | Company |
|---|---|---|---|---|
| OnePlus Open | OnePlus Watch 2R | OnePlus Pad 2 | User Manuals | About OnePlus |
| OnePlus 12 | OnePlus Watch 2 | | Software Upgrade | Community |
| OnePlus 12R | OnePlus Nord Buds 3 | | Contact Us | OxygenOS |
| OnePlus 11 5G | OnePlus Buds Pro 3 | | Online Safety Act | Careers |
| OnePlus Nord 4 | OnePlus Nord Buds 3 Pro | | HeyTap | Sustainability |
| OnePlus Nord CE4 Lite 5G | OnePlus Buds 3 | | | Press |
| | | | | Blog |
| OnePlus Nord 3 5G | OnePlus Nord Buds 2 | | | |

OnePlus Nord N30 SE 5G

OnePlus Buds Pro 2

OnePlus Nord CE 3 Lite 5G

OnePlus Nord N20 SE

OnePlus 10T 5G

OnePlus 10 Pro 5G

  

Privacy Policy     User Agreement     Terms of Sales     Security Feedback     Other Regions (English)

© 2013 - 2024 OnePlus. All Rights Reserved.

