# Exhibit 9

**VKANSEE'S ANALYSIS OF INFRINGEMENT**

**U.S. Patent No. 10, 482, 309–OnePlus Technology (Shenzhen) Co., Ltd**

**Claim 9**

Vkansee Technology Inc. ("Vkansee") and Vkansee (Beijing)Technology Co., Ltd. ("Vkansee(Beijing)") (collectively, "Vkansee" or "Plaintiffs"), provides evidence of infringement of claim 9 of U.S. Patent No. 10, 482, 309 (hereinafter "the '309 patent") by OnePlus Technology (Shenzhen) Co., Ltd ("OnePlus").  In support thereof, Vkansee provides the following claim chart.

"Accused Instrumentalities" as used herein refers to at least each of OnePlus's devices with an optical in-display fingerprint sensor (including, but not limited to, the following models: OnePlus 6/6T, OnePlus 7/7T/7 Pro, OnePlus 8/8T/8 Pro, OnePlus 8T, OnePlus 9 5G/9 Pro 5G, OnePlus 10/10 Pro 5G, OnePlus 11/11Pro 5G, OnePlus 12/12R, OnePlus Nord3/N20/N30 and OnePlus Nord4.)  This claim chart demonstrates OnePlus' infringement by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Instrumentalities.  This claim chart is not intended to constitute an expert report on infringement.  This claim chart includes information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as OnePlus has not yet provided any non-public information.  An analysis of OnePlus' (or other third parties') technical documentation may assist in fully identify all infringing features and functionality.  Accordingly, Vkansee reserves the right to supplement this infringement analysis once such information is made available to Vkansee.  Furthermore, Vkansee reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.

Vkansee provides this evidence of infringement and related analysis without the benefit of claim construction or expert reports or discovery.  Vkansee reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such claim construction or expert reports or discovery.

Unless otherwise noted, Vkansee contends that OnePlus directly infringes the '309 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities.  The following exemplary analysis demonstrates that infringement.  Unless otherwise noted, Vkansee further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections.  OnePlus makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced

**VKANSEE'S ANALYSIS OF INFRINGEMENT**

others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claim 9 of the '309 patent, including without limitation, the Accused Instrumentalities.

Unless otherwise noted, Vkansee believes and contends that each element of each claim asserted herein is literally met through OnePlus's provision of the Accused Instrumentalities. However, to the extent that OnePlus attempts to allege that any asserted claim element is not literally met, Vkansee believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, Vkansee did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically-identified Accused Instrumentalities, Vkansee asserts that, on information and belief, any similarly-functioning instrumentalities also infringes the charted claim. Vkansee reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by OnePlus. Vkansee also reserves the right to amend this infringement analysis by citing other claims of the '309 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities. Vkansee further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

**VKANSEE'S ANALYSIS OF INFRINGEMENT**

| US10482309 Claim # 9 | Accused Instrumentalities |
|---|---|
| [9-pre] An apparatus for controlling fingerprint acquisition based on a display screen, which is applied to an electronic device, wherein the electronic device comprises at least a display screen and a fingerprint sensor installed under the display screen corresponding to a preset fingerprint acquisition region of the display screen, the apparatus comprises: | Upon information and belief and in view of the publicly available evidence from sources including the OnePlus.com website, each of the Accused Instrumentalities comprise an apparatus for controlling fingerprint acquisition based on a display screen, which is applied to an electronic device, wherein the electronic device comprises at least a display screen and a fingerprint sensor installed under the display screen corresponding to a preset fingerprint acquisition region of the display screen.<br><br>A Feature We're Thankful For: In-Display Fingerprint Sensor<br>By OnePlus<br><br>**Source:** https://www.oneplus.com/fr/blog/thanks_giving; *See* Exhibit 1 |

**VKANSEE'S ANALYSIS OF INFRINGEMENT**

> **Your home screen, a tap away**
>
> Whether you own the latest OnePlus 8T, OnePlus 8 Pro or the OnePlus 7T, you'll be happy to find multiple ways of unlocking your smartphone including an in-display fingerprint sensor. OnePlus first introduced the in-display fingerprint sensor back in 2018 with the launch of the OnePlus 6T. It was the first smartphone to offer the feature in North America and we've been refining the speed and accuracy of it since. Besides being one of the fastest in the industry with a near 0.2 second response rate, our in-display fingerprint sensor acts as a reliable and convenient touchpoint for OnePlus users to unlock their smartphone and experience the best of OxygenOS.
>
> In the case of the pandemic, having an in-display fingerprint sensor means you can easily access your favorite apps and games even with a face mask on. Through an intricate combination of hardware and software, our smartphones omit a ray of light that scans your fingerprint and unlocks seamlessly. That means you'll be able to unlock your device in broad daylight and the darkest nights. For added flexibility, you can register up to four fingerprint profiles, so you won't have to fumble around with one pathway. Finally, switch things up with a variety of.

**Source:** https://www.oneplus.com/fr/blog/thanks_giving; *See* Exhibit 1



**Source:** https://www.cnet.com/tech/mobile/oneplus-6t-in-screen-fingerprint-sensor-confirm-on-display-exclusive/; *See* Exhibit 2

5

**VKANSEE'S ANALYSIS OF INFRINGEMENT**



Source: https://www.oneplus.com/global/6t/specs; *See* Exhibit 3

Source: https://www.oneplus.com/global/12/specs; *See* Exhibit 4

6

**VKANSEE'S ANALYSIS OF INFRINGEMENT**



**Source:** https://www.oneplus.com/global/nord-3-5g/specs; *See* Exhibit 5

7

VKANSEE'S ANALYSIS OF INFRINGEMENT

| | |
|---|---|
| [9-a] a triggering instruction detecting unit, configured for detecting a fingerprint acquisition triggering instruction from a user or an application; | Upon information and belief and in view of the publicly available evidence from sources including the OnePlus.com website, each of the Accused Instrumentalities comprise a triggering instruction detecting unit, configured for detecting a fingerprint acquisition triggering instruction from a user or an application.<br><br>See here a screenshot from exemplary video evidence indicating the presence of a triggering instruction detecting unit, configured for detecting a fingerprint acquisition triggering instruction from a user of a OnePlus 6T smartphone.<br><br><br><br>**Source:**<br>https://www.youtube.com/watch?v=j3YQAoN2wGM&t=151s; *See* Exhibit 6 |

| | |
|---|---|
| [9-b] an acquisition region control unit, configured for controlling the preset fingerprint acquisition region to emit light to illuminate a finger surface, according to the fingerprint acquisition triggering instruction detected; and | Upon information and belief and in view of the publicly available evidence from sources including the OnePlus.com website, each of the Accused Instrumentalities comprise an acquisition region control unit, configured for controlling the preset fingerprint acquisition region to emit light to illuminate a finger surface, according to the fingerprint acquisition triggering instruction detected.<br><br><br><br>**Source:**<br>https://www.youtube.com/watch?v=j3YQAoN2wGM&t=151s; *See* Exhibit 6 |

| | |
|---|---|
| [9-c] a fingerprint acquisition triggering unit, configured for triggering the fingerprint sensor to acquire a fingerprint image, after the preset fingerprint acquisition region is controlled by the acquisition region control unit to emit light, | Upon information and belief and in view of the publicly available evidence from sources including the OnePlus.com website, each of OnePlus's phones and with an in-display fingerprint reader comprise a fingerprint acquisition triggering unit, configured for triggering the fingerprint sensor to acquire a fingerprint image, after the preset fingerprint acquisition region is controlled by the acquisition region control unit to emit light.<br><br>**Source:**<br>https://www.youtube.com/watch?v=j3YQAoN2wGM&t=151s; *See* Exhibit 6 |
| [9-d] wherein the preset fingerprint acquisition region on the display screen comprises at least one of: | Upon information and belief and in view of the publicly available evidence from sources including the OnePlus.com website, each of the Accused Instrumentalities comprise a preset fingerprint acquisition region on the display screen which further comprises at least one of three regions listed below. |

| | |
|---|---|
| [9-e] a second region within an exploring hot region of a right hand thumb, wherein the exploring hot region of the right hand thumb refers to a region which is easy to be touched by the right hand thumb in a state that the right hand thumb bends naturally and a finger pulp thereof touches the screen when the electronic device is held by a right hand; | Upon information and belief and in view of the publicly available evidence from sources including the OnePlus.com website, the Accused Instrumentalities include at least one of "a second region", "a third region", and "a common region" as identified in claim 9, as the Accused Instrumentalities comprise a present fingerprint acquisition region which is easy to be touched by the thumb of either hand in a state that the thumb of that hand bends naturally and a finger pulp thereof touches the screen when the electronic device is held by that hand. Figures 4B, 4C, and 4D of the '309 patent are illustrative of the claimed preset fingerprint acquisition region.<br><br>  <br><br>The following links to video available online evidence the location of the preset fingerprint acquisition region relative to a user's thumb in the Accused Instrumentalities: |

| | |
|---|---|
| |  **Source:** https://www.youtube.com/watch?v=j3YQAoN2wGM&t=151s; *See* Exhibit 6 |
| a third region within an exploring hot region of a left hand thumb, wherein the exploring hot region of the left hand thumb refers to a region which is easy to be touched by the | See 9-e above. |

VKANSEE'S ANALYSIS OF INFRINGEMENT

| | |
|---|---|
| left hand thumb in a state that the left hand thumb bends naturally and a finger pulp thereof touches the screen when the electronic device is held by a left hand; and | |
| a common region between the exploring hot region of the right hand thumb and the exploring hot region of the left hand thumb. | See 9-e above. |

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner.  For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.